

# Missouri Court of Appeals
## Southern District

**APRIL 14, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD33278

     Re:   JOSEPH S. BURRIS,
           Movant-Appellant,
           vs.
           STATE OF MISSOURI,
           Respondent-Respondent.